# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**THOMAS N. MOORE**

    vs.                            **CASE NUMBER: 5:05-CV-5 (FJS/GJD)**

**SYRACUSE CITY SCHOOL DISTRICT; DR. STEPHEN C. JONES; RANDOLPH WILLIAMS; DAVID CECILE; and MARGARET WILSON**

**Decision by Court.** This action came to hearing before the Court. The issues have been Heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendants' Motion for Summary Judgment is granted and plaintiff's Complaint is dismissed in its entirety.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 31st day of March, 2009.

DATED: March 31, 2009

*[signature]*
Clerk of Court

_____
Joanne Bleskoski
Deputy Clerk